**DOCKET NUMBER: CR 18-681 (NGG)**

### CRIMINAL CAUSE FOR ARRAIGNMENT

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: JULY 13 2023**  **TIME IN COURT** <u>1</u> **HRS**  30 **MINS**
AT 3:30 PM.

**1. DEFENDANT:** MANUEL CHANG

Present X  Not Present     Custody X     Not Custody

**DEFENSE COUNSEL:** ADAM FORD / ARTHUR KUTOROFF
FEDERAL DEFENDER:     CJA:          RETAINED: X

**2. DEFENDANT:**
Present   Not Present     Custody   Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:     CJA:     RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody     Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:   CJA:   **RETAINED:**

**A.U.S.A.:** HIRAL MEHTA / JONATHAN SIEGEL

**COURT REPORTER: VICTORIA TORRES BUTLER**
**INTERPRETER: ADELIA RAMOS DE ALMEIDA     LANGUAGE: PORTUGUESE**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- X   Arraignment                                  ☐ Sentencing on a violation
- ☐   Bail Application                             ☐ Motion Hearing
- ☐   Violation                                    ☐ Hearing
- ☐   Status Conference                            ☐ Sentencing
- ☐   Bail Violation Hearing                       ☐ Motion for sentence reduction
- ☐   Curcio Hearing                               ☐ Oral Argument
- ☐   Voir Dire Held      ☐   Jury selection       ☐ Jury trial
- ☐   Jury Trial Death Penalty  ☐  Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start : 7/13/2023   Speedy Trial Stop:10/27/2023   CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**

ARRAIGNMENT HELD; INTERPRETER SWORN; THE DEFENDANT IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGES CONTAINED IN THE SUPERSEDING INDICTMENT (S-1). TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND THE NEXT STATUS CONFERENCE ON OCTOBER 27, 2023 AT 10:00 AM. THE COURT FINDS AFTER ORAL ARGUMENT UNDER THE BAIL REFORM ACT THAT THE DEFENDANT IS A FLIGHT RISK. THEREFORE THE DEFENDANT IS REMANDED AND AN ORDER OF DETENTION PENDING TRIAL IS ENTERED ON THE RECORD. ALSO, SEE STATEMENT 1 ENTERED ON THE RECORD.