

U.S. Department of Justice

United States Attorney
Eastern District of New York

JRS
F. #2016R00695

271 Cadman Plaza East
Brooklyn, New York 11201

July 21, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Manuel Chang
              Criminal Docket No. 18-681 (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter pursuant to the Court's July 19, 2023 order. The government has conferred with counsel for the MDC, who stated that the defendant has been provided with all of his medications. The government has also conferred with counsel for the defendant, who stated that they spoke with the defendant this morning and he confirmed that he has received his medications.

      The government therefore respectfully requests that the hearing scheduled for July 24, 2023 be cancelled. The defendant joins in this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Jonathan Siegel
      Hiral D. Mehta
      Jonathan Siegel
      Assistant U.S. Attorneys
      (718) 254-6293/6418

cc:   Clerk of the Court (NGG) (by ECF)
      Counsel of Record (by ECF)
      Kenneth Bork, MDC Legal Counsel (by email)