

|  |  |
|---|---|
|  | U.S. Department of Justice |
|  | *United States Attorney*<br>*Eastern District of New York* |
| HDM/JS/PC/GN<br>F. #2016R00695 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

January 5, 2024

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Manuel Chang
                Criminal Docket No. 18-681 (NGG)

Dear Judge Garaufis:

      The parties have conferred and propose the following schedule for the defendant's omnibus motion: (1) the defendant's brief due February 14, 2024; (2) the government's response due March 22, 2024; and (2) the defendant's reply due April 5, 2024.  The parties request oral argument on the motion the week of April 15, 2024 at the Court's convenience.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Hiral D. Mehta
      Jonathan Siegel
      Genny Ngai
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Adam Ford, esq. (by ECF)