UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATED OF AMERICA

Case No. 1:18-cr-00681

v.

**NOTICE OF MOTION**

MANUEL CHANG,

                          Defendant.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Adam Ford with its accompanying exhibits, Defendant Manuel Chang, through his undersigned counsel, hereby moves this Court before the Honorable Nicholas G. Garaufis at the United States District Courthouse, 225 Cadman Plaza East Brooklyn, New York 11201, to dismiss the indictment, and for such other and further relief as the Court may deem just and proper.

Dated: February 21, 2024
       New York, New York

                                              FORD O'BRIEN LANDY LLP

                                              s/ Adam Ford

                                              Adam C. Ford
                                              Anjula Prasad
                                              Jamie Hoxie Solano
                                              Arthur Kutoroff
                                              275 Madison Avenue, 24th Floor
                                              New York, New York 10016
                                              aford@fordobrien.com
                                              (212) 858-0040

                                              *Attorneys for Defendant Manuel Chang*