# EXHIBIT A

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ---------------------------------x
                                                09 CR 466(BMC)
 3   UNITED STATES OF AMERICA
                                         United States Courthouse
 4        versus                         Brooklyn, New York

 5   JOAQUÍN ARCHIVALDO GUZMÁN LOERA,
                                         February 4, 2019
 6                  Defendant.           9:30 a.m.
     ---------------------------------x
 7
              TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
 8                BEFORE THE HONORABLE BRIAN M. COGAN
                    UNITED STATES DISTRICT JUDGE
 9

10                            APPEARANCES

11

12   For the Government:   UNITED STATES ATTORNEY'S OFFICE
                           Eastern District of New York
13                         271 Cadman Plaza East
                           Brooklyn, New York 11201
14                         BY:  GINA M. PARLOVECCHIO, AUSA
                                ANDREA GOLDBARG, AUSA
15                              MICHAEL ROBOTTI, AUSA

16                         UNITED STATES ATTORNEY'S OFFICE
                           Southern District of Florida
17                         99 NE 4th Street
                           Miami, Florida 33132
18                         BY:  ADAM S. FELS, AUSA

19                         DEPARTMENT OF JUSTICE
                           Criminal Division
20                         Narcotic and Dangerous Drug Section
                           145 N. Street N.E. Suite 300
21                         Washington, D.C. 20530
                           BY:  ANTHONY NARDOZZI, ESQ.
22                              AMANDA LISKAMM, ESQ.

23   For the Defendant:    BALAREZO LAW
                           400 Seventh Street, NW
24                         Washington, D.C. 20004
                           BY:  A. EDUARDO BALAREZO, ESQ.
25
```

Lisa Schmid, CCR, RMR
Official Court Reporter

6966
JURY CHARGE

1  that were entered into evidence.  You have received transcripts
2  of foreign language calls that are translations of these
3  recordings.  These transcripts are evidence, not just guides;
4  and I instruct you to consider them just like any other
5  evidence in the case.
6      Now you've also heard evidence in the form of audio
7  recordings of conversations that were obtained without
8  knowledge of some or all of the parties to those conversations.
9  You've also seen and heard evidence obtained through
10 court-authorized search and wiretap warrants.  This evidence
11 was obtained lawfully, and the Government has the right to use
12 it in this case.  Law enforcement techniques are not your
13 concern.  I deal with those before the trial ever starts.  The
14 evidence that you've heard is the evidence you're supposed to
15 hear.
16     Please remember that the Government is not on trial,
17 and I instruct you to disregard any arguments that may have
18 been made to the contrary.  There is no evidence that the
19 Government operated under any kind of improper motive.  You
20 must base your decision only on the evidence or lack of
21 evidence that has been presented at trial in determining
22 whether the Government has met its burden of proving
23 defendant's guilt beyond a reasonable doubt.
24     Now, the law does not require any party to present all
25 available evidence or call as witnesses everyone who was

Lisa Schmid, CCR, RMR
Official Court Reporter