**Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

MANUEL CHANG,
    also known as "Pantero"
  "Chopstick" and "Kung Fu,"

        Defendant.

- - - - - - - - - - - - - - - - - - - X

<u>VERDICT SHEET</u>
18 CR 681 (S-3) (NGG)

## **COUNT ONE**
(Conspiracy to Commit Wire Fraud)

As to defendant MANUEL CHANG

                  Guilty _____     Not Guilty _____

## **COUNT TWO**
(Conspiracy to Commit Money Laundering)

As to defendant MANUEL CHANG:

                  Guilty _____     Not Guilty _____

**Exhibit B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                       <u>VERDICT SHEET</u>
                                            18 CR 681 (S-3) (NGG)

MANUEL CHANG,
     also known as "Pantero"
      "Chopstick" and "Kung Fu,"

            Defendant.

- - - - - - - - - - - - - - - - - - - -X

## **COUNT ONE**
(Conspiracy to Commit Wire Fraud)

As to defendant MANUEL CHANG

                           Guilty _____   Not Guilty _____

## **COUNT TWO**
(Conspiracy to Commit Money Laundering)

As to defendant MANUEL CHANG:

Guilty _____    Not Guilty _____

If you find the defendant guilty on Count Two, indicate below the one or more objects of the conspiracy charged in Count Two on which you all agree that the defendant conspired to commit (select as many as you all agree on):

_____ Object #1:  Violating the Money Laundering Statute (International Transfer to Promote Specified Unlawful Activity)

_____ Object #2:  Violating the Money Laundering Statute (International Transfer to Conceal or Disguised Proceeds of Specified Unlawful Activity)

## **Exhibit C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MANUEL CHANG,
     also known as "Pantero"
      "Chopstick" and "Kung Fu,"

          Defendant.

- - - - - - - - - - - - - - - - - - - -X

<u>VERDICT SHEET</u>
18 CR 681 (S-3) (NGG)

## **COUNT ONE**
(Conspiracy to Commit Wire Fraud)

As to defendant MANUEL CHANG

          Guilty _____  Not Guilty _____

If you find the defendant guilty on Count One, indicate below the one or more provisions on which you all agree that the United States has proven venue (select as many as you all agree on). The United States must prove venue by a preponderance of the evidence, meaning that the evidence need only prove that it is more likely than not that either or both venue provisions are satisfied.

          _____ 18 U.S.C. § 3238:  First Brought Venue

          _____ 18 U.S.C. § 3237:  Acts Occurring in this
                             District

## **COUNT TWO**
(Conspiracy to Commit Money Laundering)

As to defendant MANUEL CHANG:

Guilty _____    Not Guilty _____

If you find the defendant guilty on Count Two, indicate below the one or more objects of the conspiracy charged in Count Two on which you all agree that the defendant conspired to commit (select as many as you all agree on):

_____ Object #1:  Violating the Money Laundering Statute (International Transfer to Promote Specified Unlawful Activity)

_____ Object #2:  Violating the Money Laundering Statute (International Transfer to Conceal or Disguised Proceeds of Specified Unlawful Activity)