

August 13, 2024

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Chang, Case No. 18-CR-681

Dear Judge Garaufis:

    We write to inform the Court that the parties have agreed to the following schedule for post-trial motions: Defendant's post-trial motions due September 13, 2024, Government's Opposition due October 14, and reply due October 21. We respectfully request that the Court So Order this agreed upon briefing schedule. We thank the Court for its attention to this matter.

    Respectfully submitted,

    FORD O'BRIEN LANDY LLP

    */s/ Adam C. Ford*
    Adam C. Ford
    Jamie H. Solano
    Anjula S. Prasad
    Stephen Halpin III
    275 Madison Avenue, 24th Floor
    New York, NY 10016
    (212) 858-0040

    *Counsel for Manuel Chang*

Cc: All Counsel of Record (via ECF)