

August 13, 2025

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Chang, Case No. 18-CR-681</u>

Dear Judge Garaufis:

    In October 2024, in preparation for Mr. Chang's sentencing, we issued a subpoena to MDC Brooklyn to obtain a copy of Mr. Chang's medical records. We received a copy of his medical records from his date of entry to the Bureau of Prisons to (approximately) October 2024. It has recently come to our attention that Mr. Chang might have undergone a procedure since then. Accordingly, we would like to issue a subpoena to MDC Brooklyn to access and review Mr. Chang's medical records from October 2024 to present.[1]

    Attached, please find a copy of the subpoena that counsel intends to serve upon MDC Brooklyn with the Court's approval (should we require the Court's approval).

---

[1] Pursuant to the guidelines set forth in the Attorney Guide to the Metropolitan Detention Decenter (available at https://static1.squarespace.com/static/5f34059aa7591513b7c8d662/t/66d731f27654f065d523d631/1725379058496/MDC+Brooklyn+Attorney+Guide_AUGUST2024.pdf), we intend to issue a subpoena along with a HIPAA form signed by Mr. Chang.

Respectfully submitted,

FORD O'BRIEN LANDY LLP

*/s/ Adam C. Ford*
Adam C. Ford
Anjula S. Prasad
Arthur Kutoroff
Carolyn A. Sartori
275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com
aprasad@fordobrien.com
akutoroff@fordobrien.com
csartori@fordobrien.com

*Attorneys for Defendant Manuel Chang*

Cc: All Counsel of Record (via ECF)