

March 27, 2026

*Via ECF*
The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     *United States of America v. Manuel Chang* (No. 18-CR-681 (NGG))

Dear Judge Garaufis:

We write on behalf of Manuel Chang to request the Court's assistance with facilitating his immediate deportation to Mozambique and ensuring that he receives his required medications while in the custody of U.S. Immigration and Customs Enforcement ("ICE").

As this Court is aware, Mr. Chang was scheduled to be released from the custody of the Federal Bureau of Prisons ("BOP") at FCI Danbury on March 26, 2026. In anticipation of that release date and understanding that Mr. Chang was the subject of a final order of expedited removal to his native Mozambique (ECF No. 845-4), Mr. Chang's counsel coordinated directly with ICE's Hartford Field Office in the months prior to his release to ensure that he would be removed from the United States on an expedited basis upon his release from BOP custody. To facilitate Mr. Chang's immediate deportation, the Mozambique Embassy in Washington, D.C., issued Mr. Chang an emergency travel document, which was shared with and approved by ICE as sufficient to allow Mr. Chang to travel to Mozambique on the evening of his release from BOP custody. As such, an airline ticket from TAP Air Portugal was purchased for Mr. Chang to travel from Boston Logan Airport to Maputo International Airport in Mozambique with a connection through Lisbon Airport in Portugal. Mr. Chang's itinerary was shared with and approved by ICE in advance of his release date.

On the morning of March 26, 2026, Mr. Chang was transferred from BOP custody to ICE custody and was driven to Boston Logan Airport to board his flight home to Mozambique. Unfortunately, when Mr. Chang arrived at the airport, he was informed that TAP Air Portugal would not allow him to board his flight because his emergency travel document issued by the Mozambique Embassy had not previously been approved by authorities in Portugal, who would take custody of Mr. Chang during his layover. As a result, Mr. Chang was not permitted to board the plane, remained in ICE custody, and has been held at the Plymouth County Correctional Facility in Plymouth, Massachusetts for nearly 24 hours at the time of this filing.

Honorable Nicholas G. Garaufis                                    Case No. 18-CR-681 (NGG)
March 27, 2026
Page 2

Since Mr. Chang has been detained in ICE custody, his counsel has made numerous attempts to coordinate with ICE's Boston Field Office to allow Mr. Chang to be immediately deported to Mozambique, as previously agreed and approved. While representatives from the government, including AUSA Jonathan Siegel, FBI Special Agent Babatunde Adediran, and ICE Deportation Officer Christopher Jones, have been exceptionally responsive and made efforts to assist, we have been unable to arrange for Mr. Chang's immediate deportation. Additionally, we have not been able to obtain basic information from ICE to understand what additional documents, if any, the Mozambique Embassy, which remains at the ready to assist, can issue to facilitate that process. As such, we respectfully request the Court's assistance with requiring ICE to coordinate with Mr. Chang's counsel to facilitate his immediate deportation to Mozambique.

Additionally, and as this Court is aware, Mr. Chang suffers from numerous health issues, including stage 3 kidney disease, hypertension, type 2 diabetes, and hyperlipidemia, which require him to take medication. While Mr. Chang was receiving that medication while in BOP custody, as of the time of this filing he has yet to receive any of his required medications while in ICE custody. Therefore, we also respectfully request the Court's assistance with ensuring that ICE provides Mr. Chang with his required medications immediately and for the duration of his time in ICE custody.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Adam C. Ford*
Adam C. Ford
Anjula S. Prasad
Patrick Mattina
FORD O'BRIEN LANDY LLP
275 Madison Ave, 24th Floor
New York, NY 10016
aford@fordobrien.com
aprasad@fordobrien.com
pmattina@fordobrien.com
(212) 858-0040

*Counsel for Manuel Chang*

cc: All counsel of record by ECF